**SS STELMACH & STELMACH**

Attorneys at Law
11630 Chayote St., Suite 3
Los Angeles, CA 90049
Tel: (424) 652-6590   Fax: (310) 472-1268
Email: info@stelmachlaw.com



RECEIVED
MAY 15 2018
Cameron County Sheriff Dept.
Olmito, Texas

May 8, 2018

Cameron County Sheriff's Department,                Via Priority Mail          **SERVED**
7300 Old Alice Rd, Olmito, TX 78575

RE: Sutra Beauty, Inc. v. CARLOS SANTINO SANCHEZ DURAN, et al.- Service of Summons and Complaint

Court: United States District Court-Central District of California
Case#: 2:18-cv-03768

To Whom It May Concern,,

Please serve the summons and complaint, along with related documents unto the following person(s):

| | |
|---|---|
| CARLOS SANTINO SANCHEZ DURAN, an individual, A/K/A CARLOS SANTINO, A/K/A GENOVEVA BAFFANO, A/K/A ANGIE BUFFANO, D/B/A BEAUTY SECRET, D/B/A ANGEL BEAUTY SUPPLY | ~~855~~ 885 Alta Mesa Blvd Brownsville, TX 78526 |

Enclosed are four (3) copies of the following documents: Summons, Complaint, Civil Cover, Notice of Interested Parties, Notice of Assignment, ADR Info.

Also enclosed is a check for $60 for service fees.

Also attached is additional identifying information for the person being served.

Please fill out, sign, and return the Proof of Service. Please feel free to call our office should you have any questions.

Respectfully,

Rea Stelmach, Esq.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

SUTRA BEAUTY, INC., a California corporation

*Plaintiff(s)*

v.

CARLOS SANTINO SANCHEZ DURAN, an individual, A/K/A CARLOS SANTINO, A/K/A GENOVEVA BAFFANO, A/K/A ANGIE BUFFANO, D/B/A BEAUTY SECRET, D/B/A ANGEL BEAUTY SUPPLY; and DOES 1 through 20, inclusive,

*Defendant(s)*

Civil Action No. 2:18-cv-03768 ODW-SS

RECEIVED
MAY 15 2018
Cameron County Sheriff Dept.
Olmito, Texas

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CARLOS SANTINO SANCHEZ DURAN, an individual,
A/K/A CARLOS SANTINO, A/K/A GENOVEVA BAFFANO,
A/K/A ANGIE BUFFANO, D/B/A BEAUTY SECRET,
D/B/A ANGEL BEAUTY SUPPLY
1009 Pat Booker Rd,
Universal City, TX 78148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stelmach & Stelmach, LLP
Rea Stelmach (SBN 296671)
11630 Chayote St. Suite 3
Los Angeles, CA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 8, 2018

*Signature of Clerk or Deputy Clerk*

2018-1471

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-03768

## PROOF OF SERVICE **SERVED**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Gloria LuLe (09-06-1948) , a person of suitable age and discretion who resides there,
on *(date)* 5-21-2018 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature

R. Moore #211 Deputy Sheriff
Printed name and title

7300 Old Alice Road Olmito TX 78575
Server's address

Additional information regarding attempted service, etc:

11:00 am

855 Alta mesa Blvd

ATTEMPTS MADE ON DEFENDANT/WITNESS: Carlos Santiago Sanchez Duran

1. DATE 5-16-18   TIME 10:00 A.M. / P.M.
   - [ ] No contact made
   - [x] Left card with: Glora LuLe (9-6-1948) - claims to be house cleaner
   - [ ] No longer resides at said address, left no forwarding address or new address: _____
   - [ ] Unable to serve as to whereabouts of said person
   - [x] Other: home belongs to Mario Gracia, no Carlos Santino Sanchez-Duran lives at address

2. DATE 5-18-18   TIME 3:00 A.M. / P.M.
   - [ ] No contact made
   - [x] Left card with: Glora LuLe
   - [ ] No longer resides at said address, left no forwarding address new owners.
   - [ ] Unable to serve as to whereabouts of said person
   - [x] Other: Found 2nd address - 885 Alta mesa Blvd. - spoke to ms. LuLe who said that home belongs to brother Elidario Hernandez (6-19-1951) & that brother knew Carlos but he doesn't live at the house.

3. DATE 5-21-18   TIME 10:30 A.M. / P.M.
   - [ ] No contact made
   - [ ] Left card with: _____
   - [ ] No longer resides at said address, left no forwarding address or new address: _____
   - [ ] Unable to serve as to whereabouts of said person
   - [x] Other: spoke to attorney and he advised to serve someone who lived at address 885 Alta mesa Blvd. Service was done on May 21, 2018 at 11:00pm

4. DATE ___   TIME ___ A.M. / P.M.
   - [ ] No contact made
   - [ ] Left card with: Possible other address & relatives
   - [ ] No longer resides at said address, left no forwarding address or new address: _____
   - [ ] Unable to serve as to whereabouts of said person
   - [ ] Other: 1009 Pat booker Road Universal City San Antonio Texas
     ma Angelica Duran-fombom } from houston Texas area.
     Angelica A. Sanchez-Duran