STELMACH & STELMACH, LLP
REA STELMACH, ESQ., SBN 296671
11630 Chayote St., Suite 3
Los Angeles, California 90049
Telephone: (424) 652-6590
Facsimile: (310) 472-1268

Attorneys for Plaintiff SUTRA BEAUTY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTRA BEAUTY, INC., | **Case No. 2:18-cv-03768-ODW(SSx)** |
| Plaintiff, | **DECLARATION OF REA STELMACH IN SUPPORT OF PLAINTIFF SUTRA BEAUTY, INC'S REQUEST TO ENTER DEFAULT** |
| v. | |
| CARLOS SANTINO SANCHEZ DURAN, an individual, A/K/A CARLOS SANTINO, A/K/A GENOVEVA BAFFANO, A/K/A ANGIE BUFFANO, D/B/A BEAUTY SECRET, D/B/A ANGEL BEAUTY SUPPLY; and DOES 1 through 20, inclusive, | |
| Defendants. | |

I, Rea Stelmach, declare as follows:

1. I am an attorney licensed to practice in California and before this Court. I am counsel for SUTRA BEAUTY, INC in this matter. I submit this declaration in support of SUTRA BEAUTY, INC's Request for Default. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Summons and

signed Proof Of Service of Summons and Complaint on defendant CARLOS SANTINO SANCHEZ DURAN, an individual, A/K/A CARLOS SANTINO, A/K/A GENOVEVA BAFFANO, A/K/A ANGIE BUFFANO, D/B/A BEAUTY SECRET, D/B/A ANGEL BEAUTY SUPPLY ("Duran"), dated May 21, 2018, which is on file with this Court. (Doc. #14)

3. Under Rule 12 of the Federal Rules of Civil Procedure, the defendant was required to respond, answer or otherwise plead to SUTRA BEAUTY, INC's Complaint by June 11, 2019.

4. Defendant Duran is not a minor or an incompetent person.

5. Defendant Duran is not currently in the military service, and therefore the Servicemember Civil Relief Act does not apply.

6. The address used to serve the Defendant by substituted service at home address is 885 Alta Mesa Blvd, Brownsville, TX 78526, an address corroborated by several items:

   a. First, the online court portal for Cameron County, Texas shows that the Defendant has listed the address as his current address. Attached as **Exhibit B** is an online screen capture, as of May 3, 2018, that shows the Court listing the address for the Defendant.

   b. Second, the Defendant has listed the address as his mailing address on his Cosmetology Operator Instructor license. Attached as **Exhibit C** is an online screen capture, as of May 6, 2018, that shows the address on the license;

   c. Third, The Defendant has issued checks that have the address listed on them. Attached as **Exhibit D** is an online screen capture, as of May 3, 2018, that was pulled from the Defendant's Facebook page that shows the address on the checks.

7. Under Federal Rules of Civil Procedure 4(e)(1) additional attempts have been made to give proper notice of this matter to the Defendant in accordance with California's "long-arm" statute. See California Civil Procedure §410.10. The Summons and Complaint were mailed on June 11, 2018, via Priority Mail with restricted delivery signature confirmation, to the following alternative addresses that may also belong to the Defendant:

      a. 885 ALTA MESA BLVD

         BROWNSVILLE, TX 78526-3324

      b. 508 PAT BOOKER RD

         # 409

         UNIVERSAL CTY, TX 78148-4434

      c. 1009 PAT BOOKER RD

         UNIVERSAL CTY, TX 78148-4155

8. As of June 14, 2018, the defendant has not filed nor served a response, answer or pleading to SUTRA BEAUTY, INC's Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

June 14th day of April, 2017 at Los Angeles, California.

DATED: June 14, 2018            STELMACH & STELMACH, LLP

                                   By:/s/Rea Stelmach
                                   REA STELMACH, ESQ.
                                   Attorneys for Plaintiff,
                                   SUTRA BEAUTY, INC

# STELMACH & STELMACH

Attorneys at Law
11630 Chayote St., Suite 3
Los Angeles, CA 90049
Tel: (424) 652-6590   Fax: (310) 472-1268
Email: info@stelmachlaw.com



**RECEIVED**
MAY 15 2018
Cameron County Sheriff Dept.
Olmito, Texas

May 8, 2018

Cameron County Sheriff's Department,          Via Priority Mail
7300 Old Alice Rd, Olmito, TX 78575

**SERVED**

RE: Sutra Beauty, Inc. v. CARLOS SANTINO SANCHEZ DURAN, et al.- Service of Summons and Complaint

Court: United States District Court-Central District of California
Case#: 2:18-cv-03768

To Whom It May Concern,,

Please serve the summons and complaint, along with related documents unto the following person(s):

| | |
|---|---|
| CARLOS SANTINO SANCHEZ DURAN, an individual, A/K/A CARLOS SANTINO, A/K/A GENOVEVA BAFFANO, A/K/A ANGIE BUFFANO, D/B/A BEAUTY SECRET, D/B/A ANGEL BEAUTY SUPPLY | 885 ~~855~~ Alta Mesa Blvd Brownsville, TX 78526 |

Enclosed are four (3) copies of the following documents: Summons, Complaint, Civil Cover, Notice of Interested Parties, Notice of Assignment, ADR Info.

Also enclosed is a check for $60 for service fees.

Also attached is additional identifying information for the person being served.

Please fill out, sign, and return the Proof of Service. Please feel free to call our office should you have any questions.

Respectfully,

Rea Stelmach, Esq.

Case 2:18-cv-03768-ODW-SS Document 14 Filed 06/14/18 Page 4 of 12 Page ID #:334

Exhibit A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

SUTRA BEAUTY, INC., a California corporation

*Plaintiff(s)*

v.

CARLOS SANTINO SANCHEZ DURAN, an individual, A/K/A CARLOS SANTINO, A/K/A GENOVEVA BAFFANO, A/K/A ANGIE BUFFANO, D/B/A BEAUTY SECRET, D/B/A ANGEL BEAUTY SUPPLY; and DOES 1 through 20, inclusive,

*Defendant(s)*

Civil Action No. 2:18-cv-03768 ODW-SS

**RECEIVED MAY 15 2018 Cameron County Sheriff Dept. Olmito, Texas**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CARLOS SANTINO SANCHEZ DURAN, an individual,
A/K/A CARLOS SANTINO, A/K/A GENOVEVA BAFFANO,
A/K/A ANGIE BUFFANO, D/B/A BEAUTY SECRET,
D/B/A ANGEL BEAUTY SUPPLY
1009 Pat Booker Rd,
Universal City, TX 78148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stelmach & Stelmach, LLP
Rea Stelmach (SBN 296671)
11630 Chayote St. Suite 3
Los Angeles, CA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 8, 2018

*Signature of Clerk or Deputy Clerk*

2018-1471

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-03768

## PROOF OF SERVICE
**SERVED**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Gloria Lule (09-06-1948), a person of suitable age and discretion who resides there,
on *(date)* 5-21-2018 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

R. Moore #211 Deputy Sheriff
Printed name and title

7300 Old Alice Road Olmito TX 78575
Server's address

Additional information regarding attempted service, etc:

11:00 am

ATTEMPTS MADE ON DEFENDANT NAMED: Carlos Santino Sanchez-Duran

1. DATE 5-16-18    TIME 10:00 (A.M.)/P.M.

   ☐ No contact made
   ☒ Left card with: Glora LuLe (9-6-1948) - claims to be house cleaner
   ☐ No longer resides at said address, left no forwarding address or new address: _____
   ☐ Unable to serve as to whereabouts of said person
   ☒ Other: home belongs to Mario Gracia, no Carlos Santino Sanchez-Duran lives at address

2. DATE 5-18-18    TIME 3:00 A.M./(P.M.)

   ☐ No contact made
   ☒ Left card with: Glora LuLe
   ☐ No longer resides at said address, left no forwarding address new owners.
   ☐ Unable to serve as to whereabouts of said person
   ☒ Other: Found 2nd address - 885 Alta mesa Blvd. - spoke to ms. LuLe who said that home belongs to brother Elidario Hernandez (6-19-1951) & that brother knew Carlos but he doesn't live at the house.

3. DATE 5-21-18    TIME 10:30 (A.M.)/P.M.

   ☐ No contact made
   ☐ Left card with: _____
   ☐ No longer resides at said address, left no forwarding address or new address: _____
   ☐ Unable to serve as to whereabouts of said person
   ☒ Other: spoke to attorney and he advised to serve someone who lived at address 885 Alta mesa Blvd. Service was done on may 21, 2018 at 11:00pm

4. DATE ___    TIME ___ A.M./P.M.

   ☐ No contact made
   ☐ Left card with: Possible other address & relatives
   ☐ No longer resides at said address, left no forwarding address or new address: _____
   ☐ Unable to serve as to whereabouts of said person
   ☐ Other: 1009 Pat booker Road universal City San Antonio Texas
   ma Angelica Duran-fombom
   Angelica A. Sanchez-Duran  } from houston Texas area.

**Party Search Results**

| Name | Date of Birth |
|---|---|
| SANCHEZ DURAN, CARLOS SANTINO | 10/02/1990 |

Current Address:
885 ALTA MESA BLVD
BROWNSVILLE TX,
78526

Gender
Male

Warrants (0)
Cases (2)
Judgments (0)
Protection Orders (0)

| Case Number | Style / Defendant | File Date… | Type | Status |
|---|---|---|---|---|
| 2009-MTR-000536 | SANCHEZ, CARLOS DURAN | 02/18/2009 | Traffic | Disposed |
| 2009-MTR-000537 | SANCHEZ, CARLOS DURAN | 02/18/2009 | Traffic | Disposed |

1 - 2 of 2 items

1 - 1 of 1 items

Exhibit B


Texas

[company name or number or address OR director name]  Search

# BUFFANO, SANTINO

Owner Name: BUFFANO, SANTINO

Owner Telephone: 956-293-####

Business County: CAMERON

Business Telephone:

Mailing Address: 885 ALTA MESA BLVD, BROWNSVILLE, TX, 78526-3324

## On the map



## Licenses

License Number: 1504800

License Type: Cosmetology Operator Instructor

License Subtype: IN

License Expiration Date: 1 June 2018

Exhibit C

## Description

BUFFANO, SANTINO known as as a business of BUFFANO, SANTINO. The business operates in CAMERON. Alternatively you can phone the business owner BUFFANO, SANTINO on 956-293-####. And you can send the correspondense to the next address 885 ALTA MESA BLVD, BROWNSVILLE, TX, 78526-3324 of BUFFANO, SANTINO. The business owner has a business license No 1504800 as Cosmetology Operator Instructor - IN which is valid until 6/1/2018.

## Similar Companies

BUI, HOANG THI

BUI, THANH THI KIM

BUITRON, ANTONIO JR

BUJANOS , DIONICIO JR JR

BUMBULIS, VERONICA

BURGUETE, ANA

Case 2:18-cv-03768-ODW-SS   Document 16-1   Filed 06/14/18   Page 11 of 12   Page ID #:50



Exhibit D

**PROOF OF SERVICE**

STATE OF CALIFORNIA         )
                            : ss.
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is 11630 Chayote St., Suite 3, Los Angeles, CA 90049.

On the date indicated below, I served the foregoing documents described as:

**Application For Entry of Default; Declaration of Rea Stelmach ISO Default** on the parties interested in this action, by:

___ delivering via PERSONAL DELIVERY, to the addresses below as follows:
___ delivering via Priority Overnight Mail, postage prepaid, to the addresses below as follows:
_x_ delivering via First Class Mail, postage prepaid, to the addresses below as follows:
___ delivering via E-Mail, to the email addresses below as follows:

| CARLOS SANTINO SANCHEZ DURAN<br>885 ALTA MESA BLVD<br>BROWNSVILLE, TX 78526-3324 | |

_X_ (State), I am readily familiar with Stelmach & Stelmach, LLP's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_X_ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 14, 2018, at Los Angeles, California.

/s/Rea Stelmach
Rea Stelmach

---