**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTRA BEAUTY, INC, a California corporation,<br><br>            Plaintiff,<br><br>     v.<br>CARLOS SANTINO SANCHEZ DURAN, an individual, A/K/A CARLOS SANTINO, A/K/A GENOVEVA BAFFANO, A/K/A ANGIE BUFFANO, D/B/A ANGEL BEAUTY SUPPLY; and DOES 1–20, inclusive,<br><br>            Defendants. | Case No. 2:18-cv-03768-ODW(SSx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Plaintiff Sutra Beauty, Inc.'s Motion for Default Judgment, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Judgment is entered for Plaintiff on Plaintiff's first cause of action for Breach of Contract and fifth cause of action for Fraudulent Misrepresentation;
2. Plaintiff shall recover costs in the sum of $460.00 from Defendant.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

February 15, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**